**Russell O. KING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62822.**

Missouri Court of Appeals, Western District.

Sept. 28, 2004.

John Maurice Schilmoeller, Appellate Defender, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

**Order**

PER CURIAM.

Russell King appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. He claims the motion court clearly erred in denying his motion after an evidentiary hearing because he established that his trial counsel was ineffective by failing to investigate and call two witnesses in his defense.

Affirmed. Rule 84.16(b).